| | |
|---|---|
| **From:** | JR Wilkinson |
| **To:** | mats@jarlstrom.com |
| **Cc:** | Mari Lopez; Jenn Gilbert |
| **Subject:** | RE: Help and support "to protect the health, safety, and welfare of the general public" |
| **Date:** | Friday, September 05, 2014 3:34:53 PM |

Mr. Jarlstrom:

The Oregon State Board of Examiners for Engineering and Land Surveying (OSBEELS) received your concerns. I reviewed background information regarding the specifics of your lawsuit (http://www.jarlstrom.com/redflex/). Please be aware that the Board has the authority to investigate allegations of violations of Oregon Revised Statutes (ORS) 672.002 to ORS 672.325 (see ORS 672.300). Therefore, allegations regarding violations of ORS 811, for example, fall outside the Board's authority. Before determining next steps, I would like to get additional information from you.

Specifically, you wrote that "two transportation engineers are misreading Oregon Vehicle code." What are their names and contact information? Do you have any documentation showing they are/were in responsible charge of setting light timing? Has the City of Beaverton taken any action regarding your concerns? In order for the Board to open a complaint, we need to receive a written complaint along with evidence of violations within the Board's authority. For convenience, we have a complaint form you can complete and submit.

Furthermore, you wrote that you are "already doing this kind of work." It is not clear what type of work you are doing because it appears from your Web site that your specialty is acoustical services. Please describe what work you are doing and for whom.

Last, ORS 672.005(1) defines the practice of engineering. A separate definition of engineering is also provided in ORS 672.007(1). It is reprinted below for your convenience.
**672.007 Acts constituting practice of engineering, land surveying or photogrammetric mapping.** For purposes of ORS 672.002 to 672.325:
    (1) A person is practicing or offering to practice engineering if the person:
    (a) By verbal claim, sign, advertisement, letterhead, card or in any other way implies that the person is or purports to be a registered professional engineer;
    (b) Through the use of some other title implies that the person is an engineer or a registered professional engineer; or
    (c) Purports to be able to perform, or who does perform, any service or work that is defined by ORS 672.005 as the practice of engineering.

ORS 672.020(1) prohibits the practice of engineering in Oregon without registration. At a minimum, your use of the title "electronics engineer" and the statement "I'm an engineer" are examples where the definitions of engineering under ORS 672.007(1)(a) create violations under ORS 672.020(1) and ORS 672.045(2). You should stop any further references until you become registered with the Board. Here is a link to the Board's Examination Information and Applications Web page.

In the meantime, please provide the requested information so we can determine next steps.
jrw
_____
**James R. (JR) Wilkinson**, Investigator, Oregon State Board of Examiners for Engineering and Land Surveying

670 Hawthorne Ave. SE, Suite 220, Salem, OR 97301, Direct dial: 503.934.2009,
wilkinsonjr@osbeels.org

Find us on the web: www.oregon.gov/osbeels - Like us on Facebook!
www.facebook.com/osbeels

***** CONFIDENTIALITY NOTICE *****

This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee, or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system.

*************************************

**From:** Mats Jarlstrom [mailto:mats@jarlstrom.com]
**Sent:** Wednesday, September 03, 2014 9:24 AM
**To:** OSBEELS
**Subject:** Help and support "to protect the health, safety, and welfare of the general public"

To whom it may concern,

I would like to have your support and help to investigate and present the laws of physics related to transportation engineering in the State of Oregon. I am already working to *"protect the health, safety, and welfare of the general public"* especially in the City of Beaverton where the two transportation engineers are misreading Oregon Vehicle code, how the law applies to the laws of physics for a vehicle in motion traveling through an intersection and the well-known engineering practices. By misapplying engineering practices and Oregon law they are putting the public at risk.

I have spent a year investigating and I have a clear understanding how the law should be applied and why it is written the way it is. I have source documents for the wording of ORS811.260(4) which is the main misunderstanding by the City of Beaverton but also by the Oregon Department of Transportation. I would like to present these facts for your review and comments.

If you are looking for a Board member I might be interested since I'm already doing this kind of work and it would be nice to get paid. My Swedish engineering degree is in electronics and I'm an expert in motional feedback (displacement, velocity and acceleration feedback) of powered speakers which includes the full understanding of motion of an object such as a loudspeaker cone (or a vehicle stopping or traveling through an intersection as in ORS811.260(4)).

Thank you.

Best regards,
Mats Järlström
13520 SW Hart Road
Beaverton OR 97008
USA
503-671-0312 Phone
503-671-0454 Fax
mats@jarlstrom.com
www.jarlstrom.com
www.jarlstrom.com/redflex