

**Oregon**
Kate Brown, Governor

**State Board of Examiners for Engineering & Land Surveying**

670 Hawthorne Ave. SE, Suite 220
Salem, Oregon 97301
503.362.2666
Fax 503.362.5454
osbeels@osbeels.org
www.oregon.gov/osbeels

March 30, 2015

MATS JARLSTROM
13520 SW HART RD.
BEAVERTON, OR 97008

RE:     File No. 2929    MATS JARLSTROM

Dear MATS JARLSTROM:

The Oregon State Board of Examiners for Engineering and Land Surveying (OSBEELS) has opened an investigation regarding whether you engaged in the unlicensed practice of engineering per Oregon Revised Statutes (ORS) 672.007(1).

You may recall that on September 3, 2014, you contacted OSBEELS to solicit support and an investigation into "two transportation engineers [who] are misreading Oregon Vehicle code." The allegations were related to ORS 811.260(4) and you wanted to present facts for the Board's review and comment. When I replied on September 5, 2014, I noted that the Board does not have authority over ORS 811, requested that you complete a complaint form and submit evidence to initiate the complaint process, and provided a reprint of ORS 672.007(1). I informed you at the time that use of the title "engineer" without registration is prohibited in Oregon. I asked you to stop any further use of the title until you became registered. You agreed.

However, the allegations are that you then continued to use the title "engineer" in your communications with Board staff and, of more concern, are the documents you provided that indicate you may have engaged in unlicensed engineering work in Oregon. As a result of your emails, the Board's Law Enforcement Committee directed on February 12, 2015, that an investigation be opened against you, separate and distinct from any investigation or potential enforcement action that may be taken against the transportation engineers who were the subjects of your initial inquiry.

Please note that the Board reviews all allegations to determine whether grounds exist to warrant action. Your written response to the allegation is important: it allows you an early opportunity to provide the Board with information from your perspective and it assists the Board in making a decision about whether to pursue an enforcement action. Copies of the most relevant documents are enclosed for your review.

Oregon Administrative Rule (OAR) 820-015-0010(3) states that the Board must receive written comments within two weeks of the mailing of this letter to consider them. Failure to respond within that time could result in the evaluation of this complaint using only the evidence now available. Therefore, for consideration, your response must be returned no later than April 13, 2015. Please attach any documents you believe are relevant in explaining your position. Thank you for your timely response.

Sincerely,

*James R. Wilkinson*

James R. (JR) Wilkinson, Investigator

Enclosure: copies of selected emails

Complaint Ex. 2
Page 1 of 1