ELLEN F. ROSENBLUM
Attorney General
CHRISTINA L. BEATTY-WALTERS  #981634
CARLA A. SCOTT  #054725
Senior Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Tina.BeattyWalters@doj.state.or.us
             Carla.A.Scott@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MATS JARLSTROM,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRISTOPHER D. ALDRIDGE, WILLIAM J. BOYD, DAREN L. CONE, SHELLY DUQUETTE, JASON J. KENT, LOGAN T. MILES, RON SINGH, DAVE M. VAN DYKE, SEAN W. ST. CLAIR, AMIN WAHAB, and OSCAR J. ZUNIGA JR., in their official capacities as members of the Oregon State Board of Examiners for Engineering and Land Surveying,<br><br>        Defendants. | Case No.  3:17-cv-00652-SB<br><br>CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND DESIGNATION OF NORMAL APPEAL ROUTE |

Pursuant to Fed. R. Civ. P. 73(b), the undersigned party or parties to the above-captioned civil matter hereby consent to have a United States Magistrate Judge conduct any and all proceedings in the case, including trial, and order the entry of final judgment.

Page 1 -   CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND
                DESIGNATION OF NORMAL APPEAL ROUTE
                TBW/c4m/8505842-v2

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

In accordance with Fed. R. Civ. P. 73(c), the filing party also confirms that any appeal from a judgment or final order entered by a Magistrate Judge shall proceed via the normal appeal route directly to the United States Court of Appeals for the Ninth Circuit.

If a Magistrate Judge issues a ruling or findings and recommendations before all the parties have consented to a Magistrate Judge, and objections are filed pursuant to 28 U.S.C. § 636, a District Judge will review the objections, even if all the parties consent to a Magistrate Judge subsequent to the issuance of the ruling or findings and recommendations.

DATED December  4 , 2017.

                                         Respectfully submitted,

                                         ELLEN F. ROSENBLUM
                                         Attorney General

                                         *s/ Christina L. Beatty-Walters*
                                         CHRISTINA L. BEATTY-WALTERS #981634
                                         CARLA A. SCOTT  #054725
                                         Senior Assistant Attorneys General
                                         Trial Attorneys
                                         Tel (971) 673-1880
                                         Fax (971) 673-5000
                                         Tina.BeattyWalters@doj.state.or.us
                                         Carla.A.Scott@doj.state.or.us
                                         Of Attorneys for Defendants

cc:     Counsel of Record

Page 2 -    CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND
            DESIGNATION OF NORMAL APPEAL ROUTE
            TBW/c4m/8505842-v2

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Mats Järlström

                Plaintiff(s),

**Case No.:** 3:17-cv-00652-SB

**v.**

Christopher D. Aldridge, et al.

                Defendant(s).

_____ /

### Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route

Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment.  I understand that withholding consent will not result in any adverse consequences.  Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

**DATED:** 10/5/2017

**Signature:** /s/ Sam Gedge

**Name and OSB ID:** Samuel B. Gedge (admitted pro hac vice)

**E-mail Address:** sgedge@ij.org

**Firm Name:** Institute for Justice

**Mailing Address:** 901 North Glebe Road, Suite 900

**City, State, Zip:** Arlington, VA  22203

**Parties Represented:** Plaintiff Mats Järlström