William J. Ohle (OSB 913866)†
SCHWABE, WILLIAMSON & WYATT P.C.
PacWest Center
1211 SW Fifth Avenue, Suite 1900
Portland, OR  97204
Phone:   (503) 222-9981
E-mail:   wohle@schwabe.com

Samuel B. Gedge (VA Bar No. 80387)*
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA  22203
Phone:   (703) 682-9320
E-mail:   sgedge@ij.org

*Attorneys for Plaintiff*

†   Designated local counsel
\*   Admitted *pro hac vice*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| MATS JÄRLSTRÖM, | Case No.: 3:17-cv-00652-SB |
| Plaintiff, | |
| v. | **[PROPOSED] JUDGMENT** |
| CHRISTOPHER D. ALDRIDGE, WILLIAM J. BOYD, DAREN L. CONE, SHELLY MC DUQUETTE, JASON J. KENT, LOGAN T. MILES, RON SINGH, DAVE M. VAN DYKE, SEAN W. ST. CLAIR, AMIN WAHAB, and OSCAR J. ZUNIGA JR., in their official capacities as members of the Oregon State Board of Examiners for Engineering and Land Surveying, | |
| Defendants. | |

[PROPOSED] JUDGMENT - 1

Based on the pleadings, filings in the record, and argument at the December 4, 2017 hearing, the Court hereby ORDERS as follows:

1.   Defendants' motion for entry of judgment (Dkt. No. 43) is DENIED.

2.   The Court DECLARES that Or. Rev. Stat. §§ 672.005(1)(a)-(b), 672.007(1), 672.020(1), and 672.045(1), and Or. Admin. Rs. 820-010-0730(3) and 820-040-0030 violate the Speech Clause of the First Amendment on their face and as applied to Plaintiff Järlström to the extent those laws limit the right of persons other than Oregon-licensed professional engineers to speak publicly or privately about technical topics, including the mathematics behind traffic lights.

3.   The Court further DECLARES that Or. Rev. Stat. §§ 672.005(1)(a)-(b), 672.007(1), 672.020(1), and 672.045(1), and Or. Admin. Rs. 820-010-0730(3) and 820-040-0030 violate the Petition Clause of the First Amendment on their face and as applied to Plaintiff Järlström to the extent those laws limit the right of persons other than Oregon-licensed professional engineers to petition the government about technical topics, including the mathematics behind traffic lights.

4.   The Court further DECLARES that Or. Rev. Stat. §§ 672.002(2), 672.007(1), 672.020(1), and 672.045(2), and Or. Admin. R. 820-010-0730(3) violate the Speech Clause of the First Amendment on their face and as applied to Plaintiff Järlström to the extent those laws limit the right of persons other than Oregon-licensed professional engineers to truthfully describe themselves using the word "engineer."

5.   The Court further DECLARES that Or. Rev. Stat. §§ 672.002(2), 672.007(1), 672.020(1), and 672.045(2), and Or. Admin. R. 820-010-0730(3) violate the Petition Clause of the First Amendment on their face and as applied to Plaintiff Järlström to the extent those laws

limit the right of persons other than Oregon-licensed professional engineers to truthfully describe themselves using the word "engineer" while petitioning the government.

      **6.**      Defendants are PERMANENTLY ENJOINED from enforcing the Professional Engineer Registration Act, Or. Rev. Stat. § 672.002 *et seq.*, and accompanying regulations, against Plaintiff Järlström for his studies on, public communications about, or private communications about his theories relating to traffic lights—except that this injunction does not prevent enforcement based on communications Plaintiff Järlström makes in the context of a paid employment or contractual relationship relating to the timing of traffic lights with a governmental or other entity that changes or implements or has final approval to change or implement traffic-light timing without the review and acceptance of responsibility by an Oregon-licensed professional engineer.  Defendants are further PERMANENTLY ENJOINED from enforcing the Professional Engineer Registration Act, Or. Rev. Stat. § 672.002 *et seq.*, and accompanying regulations, against Plaintiff Järlström for describing himself publicly or privately using the word "engineer."  Defendants are further PERMANENTLY ENJOINED from enforcing the Professional Engineer Registration Act against all others similarly situated.

      **7.**      Judgment is hereby ENTERED in favor of Plaintiff and against Defendants.


Dated: _____              _____
                                             HONORABLE STACIE F. BECKERMAN
                                             United States Magistrate Judge


Submitted by:  Samuel B. Gedge
                    Attorney for Plaintiff