IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MATS JÄRLSTRÖM, | Case No. 3:17-cv-00652-SB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CHRISTOPHER D. ALDRIDGE, WILLIAM J. BOYD, DAREN L. CONE, SHELLY MC DUQUETTE, JASON J. KENT, LOGAN T. MILES, RON SINGH, DAVE M. VAN DYKE, SEAN W. ST. CLAIR, AMIN WAHAB, and OSCAR J. ZUNIGA JR., in their official capacities as members of the Oregon State Board of Examiners for Engineering and Land Surveying, | |
| Defendants. | |

Based on this Court's Opinion and Order, IT IS HEREBY ORDERED AND ADJUDGED:

    A.    <u>Declaratory Relief</u>. The Court hereby declares that (i) Or. Rev. Stat. § 672.020, Or. Rev. Stat. § 672.045(1)-(2), and Or. Admin. R. 820-010-0730(a) and (c) violate the First Amendment as applied to Plaintiff Järlström, and (ii) Or. Rev.

PAGE 1 – JUDGMENT

Stat. § 672.002(2), Or. Rev. Stat. § 672.007(1)(b), and OAR 820-010-0730(3)(a) violate the First Amendment on their face.

B.  <u>Injunctive Relief</u>. The Court hereby converts the previously-entered Preliminary Injunction into a Permanent Injunction, as follows:

1. Plaintiff Järlström may study, communicate publicly about, and communicate privately about, his theories relating to traffic lights as long as Plaintiff Järlström's communications occur outside the context of an employment or contractual relationship relating to the timing of traffic lights with a governmental or other entity that changes or implements or has final approval to change or implement traffic-light timing without the review and acceptance of responsibility by an Oregon-licensed professional engineer.

2. Plaintiff Järlström may describe himself publicly and privately using the word "engineer."

3. The Board shall not enforce the Professional Engineer Registration Act, Or. Rev. Stat. § 672.002-672.325, *et seq*., or any implementing regulations, against Plaintiff Järlström for having engaged in the activities described in Paragraph 1 or Paragraph 2 above.

The Court denies any pending motions as moot.

DATED this 28th day of December, 2018.

_____
STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 2 – JUDGMENT